AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

KEVIN J. LISLE,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:11-CV-00338-ECR-VPC**

HOWARD SKOLNIK, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Amended Complaint is DISMISSED WITH PREJUDICE.

  August 4, 2011                                      **LANCE S. WILSON**
      Date                                                                Clerk

                                                                    /s/   M. Campbell
                                                                            Deputy Clerk