UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN J. LISLE (#49948),

    Plaintiff,

v.

HOWARD SKOLNIK, et al.,

    Defendant.

Case No. 3:11-CV-0338-RCJ (VPC)
Ninth Circuit No. 12-15141

ORDER

    The Clerk of Court shall refund any portion of the filing fee collected for plaintiff's appeal in this case as ordered by the United States Court of Appeals (#40). No further funds shall be withdrawn from plaintiff's inmate account for the appeal filing fee in this case. A copy of this order shall be sent to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 701, Carson City, NV 89702.

    DATED: October 30, 2013

                                                    VALERIE P. COOKE
                                                    UNITED STATES MAGISTRATE JUDGE